ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>) |
| Plaintiff, | )<br>) Case No. 3:16-cv-00158-MMD-WGC |
| vs. | )<br>) |
| TENAYA CREEK HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; and GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD., | )<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendant, THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 1, 2017, Plaintiff filed a Motion for Partial Summary Judgment herein [ECF #57]. Responses are presently due on November 22, 2017.

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment

5293 Mount Dana

Roger P. Croteau & Associates, Ltd.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

which have detracted from the time available prepare a response. Specifically, Defendant's counsel is currently responding to approximately 15 summary judgment motions that have been filed in various cases over the course of the past several weeks. In addition, Defendant's counsel has had several appellate briefs due within the past several weeks and coming weeks.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until December 20, 2017, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this   22nd   day of November, 2017.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.                       AKERMAN, LLP

/s/ *Timothy E. Rhoda*               /s/ *Jamie K. Combs*
TIMOTHY E. RHODA, ESQ.        JAMIE K. COMBS, ESQ.
Nevada Bar No. 7878                     Nevada Bar No. 13088
9120 West Post Road, Suite 100       1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89148               Las Vegas, NV 89144
(702) 254-7775                               (702)634-5005
croteaulaw@croteaulaw.com          jamie.combs@akerman.com
*Attorney for Defendant*                 *Attorney for Plaintiff*
*Thunder Properties, Inc.*               *Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated:  November 27, 2017 

5293 Mount Dana

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  22nd  day of November, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** to the following parties:

| | |
|---|---|
| Jamie K. Combs<br>Akerman LLP<br>1160 N. Town Center Dr., Ste. 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | Edward D Boyack<br>Boyack Beck & Taylor<br>401 N. Buffalo Drive Suite #202<br>Las Vegas, NV 89145<br>702-562-3415<br>702-562-3570 (fax)<br>ted@boyacklaw.com<br>*Attorney for Defendant*<br>*Tenaya Creek Homeowners Association* |
| Ariel E. Stern<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>ariel.stern@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | Gayle A. Kern<br>Gayle A. Kern, Ltd.<br>5421 Kietzke Lane, Ste. 200<br>Reno, NV 89511<br>775-324-5930<br>775-324-6173 (fax)<br>gakltd@kernltd.com<br>*Attorney for Defendant*<br>*Gayle A. Kern, Ltd.* |
| William Habdas<br>Akerman, LLP<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>william.habdas@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | Karen M. Ayarbe<br>Kern & Associates, Ltd.<br>5421 Kietzke Lane, Suite 200<br>Reno, NV 89511<br>775-324-5930<br>775-324-6173 (fax)<br>karenayarbe@kernltd.com<br>*Attorney for Defendant*<br>*Gayle A. Kern, Ltd.* |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719