ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TENAYA CREEK HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES, INC.; and GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD., <br><br> Defendants. | Case No. 3:16-cv-00158-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendant, THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 5, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #77]. Responses are presently due on December 26, 2018.

2. Defendant's counsel has requested an extension of time in which to respond to said Motion based primarily upon the holidays and family obligations associated

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

therewith. In addition, counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3. Defendant shall have an extension of time until January 16, 2019, in which to respond to the Plaintiff's Second Motion for Summary Judgment. Plaintiff shall have an extended period of time in which to file any Reply until February 6, 2019.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this 26th day of December, 2018.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
| /s/ *Timothy E. Rhoda* | /s/ *Jamie K. Combs* |
| TIMOTHY E. RHODA, ESQ. | JAMIE K. COMBS, ESQ. |
| Nevada Bar No. 7878 | Nevada Bar No. 13088 |
| 9120 West Post Road, Suite 100 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89134 |
| (702) 254-7775 | (702) 634-5000 |
| croteaulaw@croteaulaw.com | jamie.combs@akerman.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| *Thunder Properties, Inc.* | *Bank of America, N.A.* |

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: 12/27/2018