| | |
|---|---|
| 1 | ARIEL E. STERN, ESQ. |
| | Nevada Bar No. 8276 |
| 2 | WILLIAM S. HABDAS, ESQ. |
| | Nevada Bar No. 13138 |
| 3 | **AKERMAN LLP** |
| | 1635 Village Center Circle, Suite 200 |
| 4 | Las Vegas, Nevada 89134 |
| | Telephone: (702) 634-5000 |
| 5 | Facsimile: (702) 380-8572 |
| | Email: ariel.stern@akerman.com |
| 6 | Email: william.habdas@akerman.com |
| 7 | *Attorneys Bank of America, N.A.* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:16-cv-00158-MMD-WGC |
| Plaintiff, | ORDER GRANTING |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| TENAYA CREEK HOMEOWNERS ASSOCIATION; THUNDER PROPERTIES INC.; and GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD., | |
| Defendants. | |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Jesse A. Ransom, Esq. is no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

…

…

50015584;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and William S. Habdas, Esq.

DATED this 3rd day of September, 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED.**

Date: September 3, 2019.

UNITED STATES MAGISTRATE JUDGE
Case No.: 3:16-cv-00158-MMD-WGC